UNITED STATES POSTAGE

PITNEY BOWES

$ 00.406

02 1R
0006557458
DEC 16 2014
MAILED FROM ZIP CODE 78701

PRESORTED
FIRST CLASS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RE: WR-82,306-01

CHRISTOPHER TYRONE LUCAS
KEGANS - TDC # 1924297



UNC

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS
TEXAS